**Bradley A. CONSTANCE, Personal Representative of the Estate of Vickie Richardson, Respondent,**

v.

**BENFER ENTERPRISES, LLC, Appellant.**

**WD 80241**

Missouri Court of Appeals, Western District.

ORDER FILED: September 19, 2017

---

Bradley A. Constance, Independence, MO, Attorney for Respondent.

Preston L. Cain and Jacob D. Cain, Kansas City, MO, Attorneys for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Victor C. Howard and Karen King Mitchell, Judges

### Order

Per Curiam:

Benfer Enterprises, LLC appeals from the judgment of the Circuit Court of Jackson County, Missouri, entered following a bench trial, in favor of Bradley Constance, Personal Representative of the Estate of Vickie Richardson. The trial court concluded that Benfer Enterprises wrongfully towed and wrongfully withheld a motorcycle legally owned by Ms. Richardson at the time of her death. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The trial court's judgment is affirmed. Rule 84.16(b).